you, that you make known to the said Andrew H Westbrook, that he be before our said Judges, of our said Supreme Court aforesaid at the Council House in the City of Detroit, on Monday the sixth day of October next, to hear the record and proceedings aforesaid, if it shall seem expedient to the said United States, and further to do and receive, what our Supreme Court aforesaid shall consider of the said Andrew H Westbrook in this behalf; and have you then there this WRIT.

WITNESS Augustus B Woodward, presiding Judge of the Supreme Court for the Territory of Michigan at Detroit the twenty sixth day of September in the Year of our Lord one thousand eight hundred and twenty three.

JEREMIAH V R TEN EYCK<br>D<sup>y</sup> Clerk

N° 153.     1823.
Supreme Court Sept<sup>r</sup> Term 1823.

*William Morris*

*v.*

*Ezra Baldwin*

Filed in Open Court 6th Oct. 1823

JER. V R TEN EYCK<br>D<sup>y</sup> Clerk

| *William Morris* | | TERRITORY OF MICHIGAN |
|---|---|---|
| *v.* | In Replevin | SUPREME COURT OF THE TERM OF SEPTEMBER, IN THE YEAR OF OUR LORD ONE THOUSAND |
| *Ezra Baldwin* | | EIGHT HUNDRED & TWENTY THREE |

Ezra Baldwin was summoned to answer to William Morris, of a plea, wherefore he took the goods & chattles of the said William Morris & unjustly detained the Same, against Sureties & pledges until &c And thereupon the Said William Morris, by Hunt & Larned his Attorneys, complain for that the Said Ezra Baldwin on the first day of August in the year of our Lord one thousand eight hundred & nineteen, at the County of Macomb, and within the Jurisdiction of this Court, took the goods & chattles, to wit, six cows & three Steers, & three calves of him the Said William Morris, of great

value, towit of the value of two hundred dollars, and unjustly detained the Same — Until &c Wherefore the Said William Morris says he is injured & sustained damage to the value of two hundred & fifty dollars — And therefore he brings Suit &c

William Morris puts in his place Hunt & Larned as his Attorneys against Ezra Baldwin to prosecute this Suit in a plea of replevin

HUNT & LARNED, Att^ys to William Morris

153.  *Morris*  1823.
*vs*
*Baldwin*

filed in open Court Sept^r 24. 1824.
J. KEARSLEY. Clerk.

| *Ezra Baldwin* | Replevin |
| *adsm* | |
| *William Morris* | |

Replevin
and the said Ezra Baldwin by Whitney his Attorney comes and defends the wrong and Injury &c — & saith that the s^d Plff ought not to have or Maintain his action aforesaid thereof against him, because he says that the property of the said Goods and chattels in the s^d Declaration mentioned at the said time when &c was in the s^d Defendant to wit at the County of Macomb, — without this that the property of the said goods and chattels or any part of them, at the said when &c, was in the s^d Plff as is by the said Declaration is supposed — and this he is ready to veryfy wherefore he prays Jud^t and a Return of the s^d goods, chattels & cattle to be adjudged to him, &c.

WHITNEY  Att^y for Def^t

[In the handwriting of Andrew G. Whitney]